UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION  MDL No. 2672

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −7)**

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by:_____
Deputy Clerk
Date: 12/18/2015

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2672

## SCHEDULE CTO−7 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **MINNESOTA** | | | |
| MN | 0 | 15−03924 | Clark et al v. Volkswagen Group of America, Inc. et al |
| MN | 0 | 15−03968 | Radke v. Volkswagen Group of America, Inc. et al |
| MN | 0 | 15−04009 | A Plus Auto, LLC v. Volkswagen Group of America, Inc. et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 15−00326 | Westphal et al v. Volkswagen AG et al |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 15−01466 | Zucker v. Volkswagen Group of America, Inc. |
| MOE | 4 | 15−01515 | Gastman v. Volkswagen Group of America, Inc. et al |
| MOE | 4 | 15−01561 | Chechik v. Volkswagen Group of America, Inc |
| MOE | 4 | 15−01750 | Roe v. Volkswagen Group of America, Inc. |
| MOE | 4 | 15−01761 | Parish v. Volkswagen Group Of America, INC. |
| **MISSOURI WESTERN** | | | |
| MOW | 2 | 15−04206 | Toebben et al v. Volkswagen Group of America, Inc. |
| MOW | 2 | 15−04208 | Morrey et al v. Volkswagen Group of America, Inc. |
| MOW | 2 | 15−04212 | Hall et al v. Volkswagen AG et al |
| MOW | 2 | 15−04218 | Simmons et al v. Volkswagen Group of America, Inc. |
| MOW | 2 | 15−04250 | Eagle Auto−Mall Corp. v. Volkswagon Group of America, Inc. |
| ~~MOW~~ | ~~2~~ | ~~15−04260~~ | ~~Autoport LLC et al v. Volkswagen Group of America, Inc.~~ Opposed 12/16/15 |
| MOW | 4 | 15−00741 | Erickson v. Volkswagen Group of America, Inc. et al |
| MOW | 4 | 15−00863 | Powell et al v. Volkswagen Group of America, Inc. et al |
| MOW | 5 | 15−06135 | Weber, Inc. v. Volkswagen Group of America, Inc. |
| **MONTANA** | | | |

| | | | |
|---|---|---|---|
| MT | 9 | 15−00127 | Di Mauro et al v. Volkswagen Group of America, Inc. et al |
| ~~MT~~ | ~~9~~ | ~~15−00133~~ | ~~Ballew v. VW Credit~~  Opposed 12/11/15 |

## NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 15−01980 | Schwartz v. Volkswagen Group of America, Inc. |

## NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 15−00392 | McLaughlin v. Volkswagen Group of America, Inc. |
| NH | 1 | 15−00394 | Dumont v. Volkswagen Group of America, Inc. |
| NH | 1 | 15−00431 | Stoops v. Volkswagen Group of America, Inc. |

## NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 15−00900 | Valdez et al v. Volkswagen Group of America, Inc |
| NM | 1 | 15−00964 | Katzenberger v. Volkswagen Group of America, Inc. et al |
| NM | 1 | 15−00968 | Ross et al v. Volkswagen Aktiengesellschaft et al |

## NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 15−05594 | Pergament v. Volkswagen Group of America, Inc. |
| NYE | 1 | 15−06243 | Walther v. Volkswagen Group of America, Inc. et al |
| NYE | 2 | 15−05568 | Hildebrant v. Volkswagen Group of America, Inc. et al |
| NYE | 2 | 15−05670 | Mansour v. Volkswagen Group of America, Inc. et al |
| NYE | 2 | 15−06029 | Millington et al v. Volkswagen Group of America, Inc. et al |

## NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 15−07561 | Fonte, et al. v. Volkswagen Group of America, Inc., et al. |
| NYS | 1 | 15−07633 | Willingham et al v. Volkswagen Group of America, Inc. |
| NYS | 1 | 15−07757 | Scafury v. Volkswagen Group of America, Inc. et al |
| NYS | 1 | 15−07806 | Austin v. Volkswagen Group of America, Inc. et al |
| NYS | 1 | 15−08628 | Gee v. Volkswagen Group of America, Inc. |

## NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 15−00792 | MONGE et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NCM | 1 | 15−00819 | HILL et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| NCM | 1 | 15−00827 | WEBER et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |

## NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 15−00220 | Roberts et al v. Volkswagen Group of America, Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 15−01973 | Belliveau et al v. Volkswagen Group of America, Inc. |
| OHN | 1 | 15−01988 | Lucas et al v. Volkswagen Group of America, Inc. et al |
| OHN | 1 | 15−02059 | Swiger v. Volkswagen Group of America, Inc. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| ~~OHS~~ | ~~1~~ | ~~15−00686~~ | ~~Stone et al v. VW Credit Inc et al~~ Opposed 12/11/15 |
| ~~OHS~~ | ~~1~~ | ~~15−00702~~ | ~~Burke−Williams v. Volkswagen Group of America, Inc.~~ Opposed 12/1 |
| ~~OHS~~ | ~~1~~ | ~~15−00733~~ | ~~Shelton v. Volkswagen Group of America, Inc.~~ Opposed 12/15/15 |
| OHS | 2 | 15−02857 | Greene v. Volkswagen Group of America, Inc. et al |
| OHS | 2 | 15−03006 | Ribar et al v. Volkswagen Group of America, Inc. |